**Order entered October 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01165-CV

**SYLVIA ORTIZ, Appellant**

**V.**

**COMMISSIONER OF EDUCATION AND PLANO INDEPENDENT SCHOOL DISTRICT, Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00459-2014**

## ORDER

We **GRANT** court reporter Shawn R. Gant's request for a thirty-day extension to file the record and **ORDER** the reporter's record be filed no later than November 13, 2014.


/s/     ADA BROWN
        JUSTICE